ACCEPTED
01-15-00387-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/30/2015 10:22:06 AM
CHRISTOPHER PRINE
CLERK



# T HE H ALL L AW F IRM

530 Lovett Boulevard • Houston, Texas 77006
Telephone: (713) 942-9600 • Facsimile: (713) 942-9566

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/30/2015 10:22:06 AM

CHRISTOPHER A. PRINE
Clerk

Benjamin L. Hall, III, Ph.D., J.D.
    Board Certified Personal Injury Trial Law
    Board Certified Civil Trial Law
    Texas Board of Legal Specialization

June 30, 2015

***Via eFile and eMail***
Christopher A. Prine
Clerk of the Court
Court of Appeals—First District
301 Fannin Street
Houston, Texas 77002

    Re:    Case No. 01-15-00387-CV; *Ifeolumipo O. Sofola, M.D. v. Aetna Health, Inc. and Aetna Life Insurance Company*; Trial Court Cause No. 2013-76814

Dear Mr. Prine,

    The undersigned counsel represents Appellant Ifeolumipo O. Sofola, M.D. in the above-referenced appeal. Appellant filed his brief on May 27, 2015, and Appellees Aetna Health, Inc. and Aetna Life Insurance Company filed their response brief on June 18, 2015.

    After reviewing Appellees' response brief, Appellant has concluded that it is not necessary to file a reply brief and, thus, foregoes his right to file a reply brief. Appellant believes that this appeal is ready for argument, submission or other disposition.

    A copy of this letter has been served upon counsel for Appellees contemporaneously with the filing of this letter.

        Very truly yours,

        **THE HALL LAW FIRM**

        /s/ William L. Van Fleet
        **William L. Van Fleet, II**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing letter was forwarded to counsel for Aetna Health, Inc. and Aetna Life Insurance Company, John B. Shely and Dena Palermo, 600 Travis, Suite 4200, Houston, Texas 77002, by electronic mail to JShely@andrewskurth.com and DenaPalermo@andrewskurth.com, on June 30, 2015.

/s/William L. Van Fleet

**William L. Van Fleet, II**